**UNPUBLISHED**

UNITED STATES COURT OF APPEALS
FOR THE FOURTH CIRCUIT

———————

**No. 12-6247**

———————

MAURICE B. STEWART, JR.,

           Plaintiff - Appellant,

     v.

DR. JOUBERT; DR. COLIN OTTEY; CORRECTIONAL MEDICAL SERVICES
INC.; WARDEN PHILLIP MORGAN; ASSISTANT WARDEN HARRY MURPHY;
CHIEF OF SECURITY MICHAEL P. THOMAS; DR. GETACHEW; NURSE
MANAGER JEANETTE SIMMONS; ASSISTANT WARDEN RICHARD J.
GRAHAM, JR.,

           Defendants – Appellees,

     and

WARDEN,

           Defendant.

———————

Appeal from the United States District Court for the District of
Maryland, at Baltimore. J. Frederick Motz, Senior District
Judge. (1:11-cv-00427-JFM)

———————

Submitted: June 14, 2012         Decided: June 22, 2012

———————

Before WILKINSON and NIEMEYER, Circuit Judges, and HAMILTON,
Senior Circuit Judge.

———————

Affirmed by unpublished per curiam opinion.

———————

Maurice B. Stewart, Jr., Appellant Pro Se. Philip Melton Andrews, Katrina J. Dennis, KRAMON & GRAHAM, PA, Baltimore, Maryland; Stephanie Judith Lane-Weber, Assistant Attorney General, Baltimore, Maryland, for Appellees.

---

Unpublished opinions are not binding precedent in this circuit.

PER CURIAM:

Maurice B. Stewart, Jr. appeals the district court's order denying relief on his 42 U.S.C. § 1983 (2006) complaint. We have reviewed the record and find no reversible error. Accordingly, we affirm for the reasons stated by the district court. See Stewart v. Joubert, No. 1:11-cv-00427-JFM (D. Md. Jan. 31, 2012). We dispense with oral argument because the facts and legal contentions are adequately presented in the materials before the court and argument would not aid the decisional process.

AFFIRMED

3